UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 10-95 CAS (OPx) | Date | March 9, 2010 |
|---|---|---|---|
| Title | ROBIN INVESTMENT, INC. v. VERNE L. SMITH, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(Chambers:) ORDER DISCHARGING ORDER TO SHOW CAUSE & REMANDING THE INSTANT CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On February 19, 2010, the Court issued defendants an order to show cause why the instant action should not be remanded for lack of subject matter jurisdiction on or before March 5, 2010. As of the date of this order, defendants have not filed a response to this order. Given that the instant matter is an unlawful detainer action involving no claims arising under federal law, and there does not exist diversity between the parties, under 28 U.S.C. § 1332(a)(1), the Court finds that it lacks jurisdiction over the case. The Court hereby orders the case remanded to the Riverside County Superior Court.

IT IS SO ORDERED.

00 : 00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 10-95 CAS (OPx) | Date | March 9, 2010 |
|---|---|---|---|
| Title | ROBIN INVESTMENT, INC. v. VERNE L. SMITH, ET AL. | | |

Initials of Preparer    CMJ